J. W. ROGERS, RECEIVER OF THE FARMERS & MERCHANTS BANK OF MORRILL, APPELLANT, V. NATIONAL SURETY COMPANY, APPELLEE.

FILED NOVEMBER 10, 1927. No. 26049.

*Butler & James* and *Edward J. Lambe,* for appellant.

*R. C. Clarke, contra.*

Heard before GOSS, C. J., ROSE, DEAN, DAY, GOOD, THOMPSON and EBERLY, JJ.

EBERLY, J.

This is a companion case of *Rogers v. National Surety Co., ante,* p. 170.

It involves substantially similar, controlling facts and is determined by the opinion in the foregoing case. For the reasons stated therein, the judgment of the district court must be affirmed.

AFFIRMED.